**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7654**

BRADLEY MAXWELL,

                    Plaintiff - Appellant,

       v.

DAVID ROBINSON; GEORGE HINKLE; GREGORY HOLLOWAY; U. M.
SWINEY; DENNIS COLLINS; LT. KING; JOHN COMBS; TODD FARRIS;
IHO BURTON; C/O WRIGHT; C/O BELLAMY; ADINA POGUE; COUNSELOR
TREADWAY,

                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Jackson L. Kiser, Senior
District Judge. (7:13-cv-00556-JLK-RSB)

Submitted: January 22, 2015      Decided: January 27, 2015

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bradley Maxwell, Appellant Pro Se.  Kate Elizabeth Dwyre, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bradley Maxwell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Maxwell v. Robinson, No. 7:13-cv-00556-JLK-RSB (W.D. Va. Oct. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED